IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

QUINCY WILSON                                                                                         PLAINTIFF

      v.                            Civil No. 4:12-cv-04007

DETECTIVE DAVID SHELTON                                                              DEFENDANTS

## REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

This is a civil rights case filed by the Plaintiff pursuant to the terms of 42 U.S.C. § 1983. He proceeds *pro se*. Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3)(2011), the Honorable Susan O. Hickey, United States District Judge, referred this case to the undersigned for the purpose of making a report and recommendation.

By order entered on January 20, 2012 (ECF No. 3), Plaintiff's claims against Detective Shelton were severed from *Wilson v. Wolcott, et al.,* Civil No. 4:11-cv-04068. This case was then opened and Plaintiff was directed to file a complaint containing only his claims involving incidents that occurred in Howard County. Plaintiff was also directed to submit a completed *in forma pauperis* (IFP) application. Plaintiff was given until February 3rd to file both the complaint and IFP application. Plaintiff was advised that failure to comply with the Court's order would result in the dismissal of this case.

To date, Plaintiff has not submitted the complaint or IFP application. He has not communicated with the Court in anyway. No mail has been returned as undeliverable.

I therefore recommend that this case be dismissed with prejudice based on Plaintiff's failure to obey the order of the Court and his failure to prosecute this case. Fed. R. Civ. P. 41(b).

**The Plaintiff has fourteen (14) days from receipt of the report and recommendation in**

**which to file written objections pursuant to 28 U.S.C. § 636(b)(1).  The failure to file timely objections may result in waiver of the right to appeal questions of fact.  The Plaintiff is reminded that objections must be both timely and specific to trigger de novo review by the district court.**

  DATED this 21st day of February 2012.


               /s/ Barry A. Bryant      
               HON. BARRY A. BRYANT
               UNITED STATES MAGISTRATE JUDGE