IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

QUINCY WILSON                                                                                    PLAINTIFF

v.                                      Civil No. 4:12-cv-04007

DETECTIVE DAVID SHELTON                                                       DEFENDANT

**JUDGMENT**

      Before the Court is the Report and Recommendation filed February 21, 2012, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 4). Judge Bryant recommends that the Court dismiss the above case with prejudice for failure to prosecute and to obey a Court order. The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Plaintiff's case is hereby DISMISSED WITH PREJUDICE.

      IT IS SO ORDERED, this 19th day of March, 2012.

                                                                                       /s/ Susan O. Hickey
                                                                                      Hon. Susan O. Hickey
                                                                                      United States District Judge